Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-405-934

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 31, 2024

## Title
_____

| | |
|---|---|
| **Title of Work:** | Tropical Watermelon Glitter #5 |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | June 30, 2020 |
| **Nation of 1st Publication:** | Germany |

## Author
_____

| | |
|---|---|
| **Author:** | Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork<br>Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany |

## Rights and Permissions
_____

| | |
|---|---|
| **Organization Name:** | Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork |
| **Email:** | anitasbellasart@gmail.com |
| **Address:** | Jantz & Jantz GbR<br>Implerstr. 29<br>Munich 81371 Germany |

## Certification
_____

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 19, 2024 |

Page 1 of 2



Case: 1:25-cv-02887 Document #: 1-1 Filed: 03/19/25 Page 3 of 5 PageID #:20

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-405-931

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 31, 2024

---

## Title
_____

Title of Work: Tropical Watermelon Glitter #4

## Completion/Publication
_____

Year of Completion: 2020
Date of 1st Publication: June 30, 2020
Nation of 1st Publication: Germany

## Author
_____

- Author: Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  Author Created: 2-D artwork
  Work made for hire: Yes

## Copyright Claimant
_____

Copyright Claimant: Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions
_____

Organization Name: Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
Email: anitasbellasart@gmail.com
Address: Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification
_____

Name: David Denholm
Date: April 19, 2024

